UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL GONZALEZ,<br><br>    Petitioner,<br><br>    v.<br><br>LARRY SCRIBNER, Warden,<br><br>    Respondent. | Case No. CV 07-3227 PA (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: May 15, 2008

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE